**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

FILED

FEB 12 2003

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN RE:                    )

WILLIAMS SECURITIES      )     Case Nos.  02-CV-72-H(M)
LITIGATION                 )             **Lead Case**

**This Document Relates to:  All Actions**    )

### ORDER

This matter comes before the Court on Alex Meruelo's Motion for Extension of Time In Which to Respond to Motions to Dismiss of WCG Defendants, WMB Defendants, and Ernst & Young, LLP (Docket No. 242), filed on February 6, 2003.  Alex Meruelo, Lead Plaintiff for the purchasers of Williams Communications Group, Inc. securities, moves the Court to extend the time, until February 21, 2003,[1] in which Plaintiffs must respond to the following motions to dismiss: (1) Motion to Dismiss of WCG Defendants and Brief in Support (Docket No. 189), filed on November 25, 2002 by Defendants Howard E. Janzen, Scott E. Schubert, Ken Kinnear, Matthew W. Bross, Bob F. McCoy, Howard S. Kalika, John C. Bumgarner, and Frank M. Semple; (2) Motion of Williams Defendants to Dismiss the Consolidated Amended Class Action Complaint on Behalf of Purchasers of WCG Securities (Docket No. 196), filed on November 25, 2002 by Defendants The Williams Companies, Inc. and Keith E. Bailey; and (3) Defendant, Ernst & Young LLP's, Motion to Dismiss Consolidated Amended Class Action Complaint for Securities Fraud on Behalf of Purchasers of Williams Communications Group, Inc. Securities (Docket No. 198), filed on November 25, 2002.

---

[1] Lead Plaintiff Meruelo requests, in the alternative, that Plaintiffs be granted an extension until "two weeks after the February 28, 2003 deadline for the filing of the WMB Plaintiff's brief, March 14, 2003."

1

Defendants Howard Janzen, Scott E. Schubert, Ken Kinnear, Matthew W. Bross, Bob F. McCoy, Howard S. Kalika, John C. Bumgarner, Jr., and Frank M. Semple (the "WCG Defendants") object to this extension insofar as it adversely affects their ability to prepare a reply. The WCG Defendants state that they do not object to the additional seven (7) days requested by Lead Plaintiff Meruelo, provided that the dates for its reply briefs in both the WCG and WMB Subclass proceedings are extended.

I

Although the Court believes that Lead Plaintiff Meruelo has had sufficient time to respond to the three motions to dismiss filed in November 2002, the Court nevertheless grants Lead Plaintiff Meruelo's request for a seven (7) day extension. In order that the WCG Defendants may have sufficient time to file a reply brief in support of its motion to dismiss that was filed in the WMB Subclass proceedings, the Court hereby establishes for the WCG Defendants the following filing deadlines:

> March 21, 2003 – Reply briefs in support of Defendants' Motions to Dismiss the Consolidated Amended Complaint of Meruelo (Lead Plaintiff for WCG Subclass).
>
> April 18, 2003 – Reply briefs in support of Defendants' Motions to Dismiss the Consolidated Amended Complaint of HGK (Lead Plaintiff for WMB Subclass).

To the extent that Defeendants, other than the WCG Defendants, have filed motions to dismiss in both the WCG Subclass and the WMB Subclass proceedings and desire similar extensions, those Defendants should file a motion seeking such relief no later than March 3, 2003.

II

The Court hereby sets a hearing on April 4, 2003, at 9:30 a.m., for argument on the

following WCG Subclass motions to dismiss:

1.    Motion to Dismiss of WCG Defendants and Brief in Support (Docket No. 189);

2.    Motion of Williams Defendants to Dismiss the Consolidated Amended Class Action Complaint on Behalf of Purchasers of WCG Securities (Docket No. 196); and

3.    Defendant, Ernst & Young LLP's, Motion to Dismiss Consolidated Amended Class Action Complaint for Securities Fraud on Behalf of Purchasers of Williams Communications Group, Inc. Securities (Docket No. 198).

The Court hereby sets a hearing on April 25, 2003, at 9:00 a.m., for argument on the following WMB Subclass motions to dismiss:

1.    Motion of Williams Defendants to Dismiss The Consolidated Amended Class Action Complaint on Behalf of Purchasers of WMB Securities (Docket No. 223);

2.    Defendant Ernst & Young LLP's Motion to Dismiss Consolidated Amended Complaint (Docket No. 231);

3.    John C. Bumgarner, Jr.'s Motion to Dismiss and Supporting Brief (Docket No. 233); and

4.    The Underwriter Defendants' Motion to Dismiss and Brief in Support (Docket No. 234).

IT IS SO ORDERED.

This 12TH day of February, 2003.

Sven Erik Holmes
United States District Judge

3