IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

IN RE WILLIAMS SECURITIES )
LITIGATION )
) Case No. 02-CV-72-H(M)

**DEFENDANTS' FINAL WITNESS LIST**

Defendants submit the following Final List of Non-Expert Witnesses pursuant to the Second Amended Scheduling Order entered by the Court on November 30, 2005. As discovery in this matter is ongoing, Defendants submit this list based on information reasonably available at this time and reserve the right to modify, amend or supplement this list.

**Final List of Non-Expert Witnesses**

Defendants state that they may call at trial one or more of the following witnesses:

| Witness | Affiliation |
|---|---|
| Alva, Marlene | Davis Polk & Wardwell |
| Bacile, Nick | Current WMB employee |
| Bailey, Keith | Defendant and former WMB employee |
| Baird, Kayla | Ernst & Young |
| Band, Laurence | Lehman Brothers |
| Bauch, William | Former employee of CIBC |
| Beaudoin, Scott | Former WCG employee/ current WilTel employee |
| Belitz, Gary R. | Current WMB employee |
| Bender, Mark | Former WCG employee |
| Bianconi, Robert | Named Plaintiff (City of Westland Representative) |
| Bishop, Sara | Former WMB employee |
| Blake, Christopher | Citigroup |
| Bothof, Delwin | Former WCG employee |
| Bross, Matthew | Defendant and former WCG officer |
| Bumgarner, John C. | Defendant and former WCG officer |
| Bycroft, Trist | Current WMB employee |
| Byrne, Barbara | Lehman Brothers |
| Byrnes, Ed | Former WMB employee |
| Carmichael, Curt | Current WMB employee |
| Carrigan, David | Former WMB employee |

| Witness | Affiliation |
| --- | --- |
| Cavanah, Kevin | Former WCG employee |
| Chalmers, Duane | WMB former employee |
| Chapman, Hugh | WMB Outside Director Defendant |
| Chesson, Phillip | Former WMB employee |
| Chrisman, Clyde | Ernst & Young |
| Cockrell, Jane | Former WCG consultant |
| Cohn, Donald | Former WMB employee |
| Cornell, Tanis | Former WCG employee |
| Cornog, William | Former WCG employee |
| Corrigan, Jeff | Former WMB employee |
| Cox, Glen A. | WMB Outside Director Defendant |
| Crow, Sharon | Former WCG employee |
| Cruikshank, Thomas A. | WMB Outside Director Defendant |
| Culliton, Stephen | Current WMB employee |
| Davis, Charles | Former Merrill Lynch employee |
| Davis, Paul | CSFB employee |
| Davis, Scott | WMB; former WCG employee |
| de Verges, Martha ("Mardi") | Former WCG employee/ current WilTel employee |
| DeLeo, Tim | Ernst &Young |
| Dokas, Elias | Blackstone employee |
| Dolan, Dan | Ernst & Young |
| Dutton, James | Former WCG employee |
| Dzubec, Frank | Third-party Telecommunication Industry Analyst |
| Elder, Jennifer | Former WMB employee |
| Emanuel, David | Former WMB employee |
| Ezell, Mark | Ernst & Young |
| Fitzgerald, Bob | Former WCG employee |
| Fleming, Debra ("Debbie") | Former WMB employee |
| Floerke, Greg | Former WCG employee |
| Gallagher, Timothy | Former WCG employee |
| George, Richard | Current WMB employee |
| Gewirtz, Michael | CIBC |
| Goodman, Jennings | Current WMB employee |
| Green, William E. | WMB Outside Director Defendant |
| Greenwood, Floyd | Independent Analyst - Prudential Securities |
| Gunderman, Kenneth | Lehman Brothers |
| Hanson, James | Citigroup |
| Herndon, Blake | Former WMB employee |
| Hickl, Greg | Current WMB employee |
| Hill, Thad | Former Boston Consulting Group employee |
| Hobbs, Bill | WMB |

| Witness | Affiliation |
|---|---|
| Horvath, Chris | Ernst &Young |
| Howell, W.R. | WMB Outside Director Defendant |
| Ireland, Ross | Former WCG Director |
| Ivey, James | Former WMB employee |
| Jamieson, Michael | UBS |
| Janzen, Howard | Defendant and former WCG officer |
| Johnson, Kenneth | Loomis |
| Johnson, Michael | Current WMB employee |
| Jordan, Jeffrey | Named Plaintiff |
| Joung, Chansoo | Former Goldman Sachs employee |
| Junek, Lydia | Former Citigroup employee |
| Kalika, Howard S. | Defendant and former WCG officer |
| Kalin, Sharon | Athene Coronado |
| Key, Donald | Ernst & Young |
| Kinnear, Ken | Defendant and former WCG officer |
| Kirkendoll, Norman | Named Plaintiff |
| Kosseff, Gary | Named Plaintiff |
| Koures, Bill | Former WMB employee |
| Kurtzman, Pamela | Bank of America |
| Lafaire, Anthony | Merrill Lynch |
| Laskey, Steve | Ernst & Young |
| Lawless, Jeff | Ernst & Young |
| Lawless, Robert | Former WCG Director |
| Leahy, Patricia (Kraft) | Former WCG employee |
| Lewis, James C. | WMB Outside Director Defendant |
| Lillis, Charles M. | WMB Outside Director Defendant |
| Listen, Herb | Ernst &Young |
| Lorch, George A. | WMB Outside Director Defendant |
| MacInnis, Frank T. | WMB Outside Director Defendant |
| Malcolm, Steven | Defendant, and Member, WMB Board of Directors |
| Malone, David | Named Plaintiff (Arkansas Teachers Representative) |
| Manning, Sandra | WMB employee |
| Martin, Jason | Former WCG employee |
| Martin, Richard | Former WCG employee |
| McBee-Roberts, Heather | Current WMB employee |
| McCarthy, Jack | Defendant and former WMB employee |
| McCoy, Bob | Defendant and former WCG officer |
| McGuier, Russ | Former WCG employee |
| Means, Tonya | Current WMB employee |
| Meinig, Peter | WMB Outside Director Defendant |
| Meruelo, Alex | Lead Plaintiff – WCG subclass |

| Witness | Affiliation |
|---|---|
| Mode, David | Citigroup |
| Mogil, Todd | Citigroup |
| Moran, James | CSFB |
| Morris, Ben | Current WMB employee |
| Mucci, Ronald | Current WMB employee |
| Murray, Steve | Ernst & Young |
| Neale, Dan | Ernst & Young |
| Nelson, John | Current WMB employee |
| Nesland, John | Lehman Brothers |
| Norris, Jay | Ernst & Young |
| O'Malley, Brian | Named Plaintiff (Local 710 Representative) |
| O'Niell, Desiree | Ernst & Young |
| Padfield, Michael | Named Plaintiff (Ontario Teachers Representative) |
| Palmer, Andrew | ASB Capital |
| Park, James | Merrill Lynch |
| Parker, Gordon R. | WMB Outside Director Defendant |
| Pierce, Robert | Lehman Brothers |
| Poudrier, Ray | Former WMB employee |
| Rackley, Tony | Current WMB employee |
| Rao, U.K. | Current WMB employee |
| Redman, Jim | Ernst & Young |
| Reingold, Sharna | Current WMB employee |
| Resewehr, Kirk | Current WMB employee |
| Rodekohr, Rick | Current WMB employee |
| Ross-Dronzek, Nancy | Former WCG employee |
| Rothrock, Jack | Former WMB employee |
| Russell, Denise | Former WMB employee |
| Safran, Andrew | Citigroup |
| Saville, Paul | Former WCG employee/ current WilTel employee |
| Scalzo, Phil | Current WMB employee |
| Schmigle, Patti | Former WCG employee |
| Schooley, Kathryn | Current WMB employee |
| Schubert, Scott | Defendant and former WCG officer |
| Seery, James | Lehman Brothers |
| Selman, Michael | Former WMB employee |
| Semple, Frank | Defendant and former WCG officer |
| Silver, Ronald | Named Plaintiff (City of Miami Representative) |

| Witness | Affiliation |
|---|---|
| Skinner, Brian | Former WMB employee |
| Spears, Daniel | Banc of America Securities LLC |
| Stoney, Janice D. | WMB Outside Director Defendant |
| Storey, Jeff | Former WCG employee/ current WilTel employee |
| Stowe, Greg | Ernst & Young |
| Strauss, Norm | Ernst &Young |
| Sudler, Glenn | Current WMB employee |
| Suhr, Matt | Former WMB employee |
| Sullivan, Jonathan | Former Ernst & Young employee |
| Sunderman, Andrew | Current WMB employee |
| Taylor, Carlyn | Former PWC employee/ current FTI employee |
| Teter, Scott | Former WCG employee/ current WilTel employee |
| Tevebaugh, Holly | Current WMB employee |
| Thompson, Brian | Former WCG Director |
| Tilney, Schuyler | Merrill Lynch |
| Timmermans, Ted | Current WMB employee |
| Tims, Brian | Ernst &Young |
| Traill, Robert | Former WCG employee |
| Turner, Michael | Ernst & Young |
| Underberg, Scott | Ernst &Young |
| Vann, Kevin | Current WMB employee |
| Vitt, Lawrence | Former WCG employee/ current WilTel employee |
| VonGlahn, William | Former WCG/WMB employee |
| Wanek, Steven | Capital Guardian |
| Weil, Parker | Merrill Lynch |
| Williams, Joseph H. | WMB Outside Director Defendant |
| Williams, S. Miller | Former WCG employee |
| Williamson, John | Ernst & Young |
| Woodiel, Jack | Bank of America |
| Wright, Phillip | Current WMB employee |
| Wu, Claire | Current WMB employee |
| Zajac, Ronald | Named Plaintiff (City of Detroit Representative) |
| All future deponents to whom Defendants do not object. | |
| All witnesses listed by parties other than Defendants to whom Defendants do not object. | |

Discovery is ongoing and the Defendants reserve the right to revise this list accordingly.

This list only addresses fact witnesses; expert witnesses for the Defendants will be disclosed at the appropriate time.

The Defendants reserve the right to add additional witnesses as their identities or relevance become known, or to otherwise modify, amend or supplement the list of witnesses set forth above. Moreover, the foregoing list does not include witnesses to be called for purposes of impeachment or rebuttal.

Respectfully submitted,

s/Stephanie A. Horton
Graydon Dean Luthey, Jr., OBA #5568
Sarah Jane Gillett, OBA #17099
Stephanie A. Horton, OBA #19834
HALL, ESTILL, HARDWICK, GABLE, GOLDEN
& NELSON, P.C.
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma 74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

and

Timothy K. Roake
Sally J. Berens
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone (650) 849-5300
Facsimile (650) 849-5333

Ethan D. Dettmer
Jayesh S. Hines-Shah
George C. Nierlich, III
Kirsten Ruth Galler
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone (415) 393-8200/Fax (415) 986-5309

Darren L. McCarty
Ian Sadler
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone (214) 698-3100
Facsimile (214) 698-3400

Wayne W. Smith
Meryl L. Young
Jeffrey H. Reeves
Matthew E. Lilly
Joseph Peter Busch, III
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, California 92614-8557
Telephone (949) 451-3800
Facsimile (949) 451-4220

Attorneys for Defendants The Williams Companies, Inc., Individual Defendants Keith E. Bailey, Steven Malcolm, Jack D. McCarthy, Gary R. Belitz, and William E. Hobbs

and

Alex A. Goldberg, OBA #18523
THE WILLIAMS COMPANIES, INC.
One Williams Center, 41st Floor
P. O. Box 2400, MD 41-3
Tulsa, OK 74102
(918) 573-2000
Facsimile (918) 573-4195

Attorney for The Williams Companies, Inc.

and

 s/Patrick M. Ryan
(signed by filing attorney with permission)
Patrick M. Ryan, Esq.
Phillip G. Whaley, Esq.
Timothy J. Bomhoff, Esq.
RYAN, WHALEY, COLDIRON & SHANDY
119 N. Robinson, Suite 900
Oklahoma City, OK  73102-8865
Telephone:  (405) 239-6040
Facsimile: (405) 239-6766
pryan@ryanwhaley.com
pwhaley@ryanwhaley.com
tbomhoff@ryanwhaley.com

and

Miles N. Ruthberg, Esq.
Jamie L. Wine, Esq.
Charles W. Cox, Esq.
Christopher Harris, Esq.
Ethan Brown, Esq.
Robert J. Malionek, Esq.
Paul V. Konovalov, Esq.
Jill M. Ray, Esq.
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071
Telephone:  (213) 485-1234; Fax:  (213) 891-8763
miles.ruthberg@lw.com
jamie.wine@lw.com
chuck.cox@lw.com
christopher.harris@lw.com
ethan.brown@lw.com
robert.malionek@lw.com
paul.konovalov@lw.com; jill.ray@lw.com

Attorneys for WMB and WCG Defendant Ernst & Young

and

  s/Jonathan M. Hoff_____
(signed by filing attorney with permission)
Jonathan M. Hoff, Esq.
Israel Dahan, Esq.
Lambrina Mathews, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone (212) 504-6000
Facsimile (212) 504-6666
jonathan.hoff@cwt.com
israel.dahan@cwt.com
lambrina.mathews@cwt.com

and

Warren Bickford, Esq.
Burck Bailey, Esq.
Brooks Richardson, Esq.
John B. Heatly, Esq.
FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS
100 N. Broadway, Suite 1700
Oklahoma City, OK  73102
Telephone: (405) 232-0621; Fax: (405) 232-9659
wbickford@fellerssnider.com
bbailey@fellerssnider.com
brichardson@fellerssnider.com
jheatly@fellerssnider.com

Attorneys for WMB Underwriter Defendants

and

  s/James L. Kincaid_____
(signed by filing attorney with permission)
James L. Kincaid, Esq.
Michael J. Gibbens, Esq.
Victor E. Morgan, Esq.
Susan E. Huntsman, Esq.
Nora R. O'Neill, Esq.
Gerald L. Jackson, Esq.
CROWE & DUNLEVY, P.C.
321 S. Boston Avenue, Suite 500
Tulsa, OK  74103-3313
Telephone (918) 592-9800; Facsimile (918) 592-9801
kincaidj@crowedunlevy.com
gibbensm@crowedunlevy.com
morganv@crowedunlevy.com
huntsmas@crowedunlevy.com
oneilln@crowedunlevy.com
jacksong@crowedunlevy.com

and

Mack J. Morgan, III, Esq.
Charles B. Goodwin, Esq.
CROWE & DUNLEVY, P.C.
20 N. Broadway, Suite 1800
Oklahoma City, OK  73102
Telephone (405) 235-7700
Facsimile (405) 235-5234
morganm@crowedunlevy.com
goodwinc@crowedunlevy.com

Attorneys for WCG Defendants Janzen, Schubert, Kinnear, Bross, McCoy, Kalika, Bumgarner and Semple and WMB Defendant Bumgarner

and

   s/Vance L. Beagles_____
(signed by filing attorney with permission)
Vance L. Beagles, Esq.
Ralph I. Miller, Esq.
Richard Archibald, Esq.
WEIL, GOTSHAL AND MANGES
200 Crescent Court, Suite 300
Dallas, TX  75201
Telephone (214) 746-7700; Fax(214) 746-7777
vance.beagles@weil.com
ralph.miller@weil.com
richard.archibald@weil.com

and

Frederic Dorwart, Esq.
John D. Clayman, Esq.
FREDERIC DORWART, LAWYERS
124 East Fourth
Tulsa, OK  74103
Telephone: (918) 583-9922
Facsimile: (918) 584-2729
fdorward@fdlaw.com
jclayman@fdlaw.com

Attorneys for WMB Williams Outside Director Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2005, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Burck Bailey     bbailey@fellerssnider.com; tmeeks@fellerssnider.com; peverett@fellerssnider.com

Brian Barry     BriBarry1@yahoo.com,

Michael I Behn     mbehn@futtermanhoward.com; mbiagtan@futtermanhoward.com; cfox@futtermanhoward.com

Eric James Belfi     ebelfi@murrayfrank.com, ericb1220@yahoo.com;info@murrayfrank.com

Sheila Miller Bradley     sbradley@grahamfreeman.com

Warren Franklin Bickford , IV     wbickford@fellerssnider.com, mmacom@fellerssnider.com; tmeeks@fellerssnider.com

Javier Bleichmar     javier@blbglaw.com, roy@blbglaw.com

Timothy James Bomhoff     tbomhoff@ryanwhaley.com, jmickle@ryanwhaley.com; amcpherson@ryanwhaley.com

Michael Burrage     mburrage@burragelaw.com, cmccoy@burragelaw.com; dburrage@burragelaw.com

Charles Robert Burton, IV     RobtBurton@aol.com, rburton@seymourlawfirm.com

Israel Dahan     idahan@cwt.com, allison.dipasqua@cwt.com

Ethan D Dettmer     edettmer@gibsondunn.com

Michael T Fantini     mfantini@bm.net, kchristman@bm.net

Stephen Foytlin     stephenf@blbglaw.com, roy@blbglaw.com

Marvin Lawrence Frank     mfrank@murrayfrank.com, glinkh@murrayfrank.com

Michael James Gibbens     gibbensm@crowedunlevy.com, kuskea@crowedunlevy.com; ECFT@crowedunlevy.com

Sarah Jane Gillett     sgillett@hallestill.com, bkellogg@hallestill.com; swilliams@hallestill.com

Alex Anton Goldberg     Alex.Goldberg@williams.com,

Scott Alan Graham     sgraham@seymourlawfirm.com, jbyrne@seymourlawfirm.com

Tony Michael Graham     tgraham@grahamfreeman.com

Joe Michael Hampton     jhampton@ryanwhaley.com, jmickle@ryanwhaley.com; amcpherson@ryanwhaley.com

John Barnes Heatly     jheatly@fellerssnider.com, ereagan@fellerssnider.com; ahill@fellerssnider.com

James Rouse Hicks     jim@law-office.com, aalexander@law-office.com

Jonathan M Hoff     jonathan.hoff@cwt.com,

Susan E Huntsman     huntsmas@crowedunlevy.com, kuskea@crowedunlevy.com; ECFT@crowedunlevy.com

Gerald Lee Jackson     jacksong@crowedunlevy.com, bryana@crowedunlevy.com; ECFT@crowedunlevy.com

Michael Jaffe   jaffe@whafh.com

C Chad Johnson     chad@blbglaw.com, larry@blbglaw.com; dwayne@blbglaw.com

David B Kahn     Dkahn@kahnlawchicago.com, Mking@kahnlawchicago.com

James L Kincaid     kincaidj@crowedunlevy.com, bickelp@crowedunlevy.com; ECFT@crowedunlevy.com

Alexander Floyd King     kinga@crowedunlevy.com, bryana@crowedunlevy.com; ECFT@crowedunlevy.com

Paul V Konovalov     paul.konovalov@lw.com

Matthew A Kupillas     mkupillas@milbergweiss.com

Mark Lebovitch     MarkL@blbglaw.com

Jill Levine   JillLevine1@yahoo.com

14

Graydon Dean Luthey, Jr.     dluthey@hallestill.com, tfinders@hallestill.com

Marc Ira Machiz     mmachiz@cmht.com

Caroline Lucy Marshall     cmarshall@milberg.com, sgraziano@milberg.com; mkupillas@milberg.com

Lambrina Mathews     lambrina.mathews@cwt.com,

Darren L McCarty     DMcCarty@gibsondunn.com,

Brett M Middleton     brettm@blbglaw.com,

Victor Eric Morgan     morganv@crowedunlevy.com, ECFT@crowedunlevy.com; jacksons@crowedunlevy.com

Blair Allen Nicholas     blairn@blbglaw.com,

Nora Rose O'Neill     oneilln@crowedunlevy.com, jacksons@crowedunlevy.com; ECFT@crowedunlevy.com

Behram Viraf Parekh     bparekh@yaplaw.com, service@yaplaw.com

Brooks Allen Richardson     brichardson@fellerssnider.com, npaulk@fellerssnider.com; ecf@fellerssnider.com

Miles N Ruthberg     miles.ruthberg@lw.com

Patrick Michael Ryan     pryan@ryanwhaley.com, jmickle@ryanwhaley.com; kshocks@ryanwhaley.com

Alan Schulman     AlanS@blbglaw.com, kayem@blbglaw.com; kristinas@blbglaw.com; takeok@blbglaw.com; denab@blbglaw.com

R Thomas Seymour     Rtseymour1@aol.com,

Jared Specthrie     JSpecthrie@MilbergWeiss.com

William Woods Thomas     wthomas@futtermanhoward.com, cfox@futtermanhoward.com; mbiagtan@futtermanhoward.com

Phillip Gardner Whaley     pwhaley@ryanwhaley.com, jmickle@ryanwhaley.com; kshocks@ryanwhaley.com

Jamie Lynne Wine   jamie.wine@lw.com

and to the remaining parties on the Master Service List in this matter, via e-mail or first class mail, if so specified thereon.

                                                      ___s/Stephanie A. Horton_____

586783.1:01000:01920