**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 02-CV-72-SPF-FHM |
| | ) | |
| WILLIAMS SECURITIES LITIGATION | ) | Lead Case |
| | ) | |
| | ) | |
| This Document Relates to the WCG Subclass | ) | Judge Stephen Friot |
| | ) | |
| | ) | |

**MOTION *IN LIMINE* NO. 1 OF THE WILLIAMS COMPANIES, INC., AND
KEITH E. BAILEY TO EXCLUDE IMPROPER EXPERT TESTIMONY**

Defendants The Williams Companies, Inc., and Keith E. Bailey (collectively "Defendants") hereby move this Court for an Order in *limine* directed to Plaintiffs, their attorneys, and their witnesses (collectively "Plaintiffs"), precluding Plaintiffs from: (a) using expert witnesses to provide narration or commentary on exhibits and the testimony of fact and expert witnesses; (b) introducing otherwise inadmissible factual evidence through their experts; (c) allowing their experts to opine on ultimate issues of fact without taking into account all material factual information; and (d) seeking to have their experts testify as to ultimate legal issues, including the "falsity" and "materiality" of a statement or the "intent" of any Defendant.

This Motion is brought on the grounds that the potential testimony listed above (items (a) through (d)) would usurp the fact-finding role of the jury, is beyond the province of experts under Federal Rules of Evidence 702, 703, and 704, and is unduly prejudicial under Federal Rule of Evidence 403.

Dated: November 7, 2006

Respectfully submitted,

   /s/ Graydon Dean Luthey, Jr.            .
Graydon Dean Luthey, Jr., OBA #5568
Sarah Jane Gillett, OBA #17099
Stephanie A. Horton, OBA #19834
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, Oklahoma  74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

-and-

Timothy K. Roake
Sally J. Berens
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone (650) 849-5300
Facsimile (650) 849-5333

Wayne W. Smith
Joseph Peter Busch, III
Meryl L. Young
Jeffrey H. Reeves
Matthew E. Lilly
Lori Ginex-Orinion
**GIBSON, DUNN & CRUTCHER LLP**
4 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone (949) 451-3800
Facsimile (949) 451-4220

G. Charles Nierlich
Ethan D. Dettmer
**GIBSON, DUNN & CRUTCHER LLP**
One Montgomery Street
San Francisco, CA 94104
Telephone (415) 393-8200
Facsimile (415) 986-5309

Danielle L. Kitson
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street, Suite 4200
Denver, CO 80202
Telephone (303) 298-5788
Facsimile (303) 313-2833

-and-

Alex A. Goldberg, OBA #18523*
**THE WILLIAMS COMPANIES, INC.**
One Williams Center, 41st Floor
P. O. Box 2400, MD 41-3
Tulsa, OK  74102
Telephone (918) 573-2000
Facsimile (918) 573-4195
* represents only The Williams Companies, Inc.

***Attorneys for The Williams Companies, Inc., and Keith E. Bailey***

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2006, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Burck Bailey    bbailey@fellerssnider.com; tmeeks@fellerssnider.com; peverett@fellerssnider.com

Brian Barry    BriBarry1@yahoo.com,

Michael I Behn    MBehn@BehnWyetzner.com

Eric James Belfi    ebelfi@murrayfrank.com, ericb1220@yahoo.com;info@murrayfrank.com

Sheila Miller Bradley    sbradley@grahamfreeman.com

Warren Franklin Bickford , IV    wbickford@fellerssnider.com, mmacom@fellerssnider.com; tmeeks@fellerssnider.com

Javier Bleichmar    javier@blbglaw.com, roy@blbglaw.com

Timothy James Bomhoff    tbomhoff@ryanwhaley.com, jmickle@ryanwhaley.com; amcpherson@ryanwhaley.com

Michael Burrage    mburrage@burragelaw.com, cmccoy@burragelaw.com; dburrage@burragelaw.com

Sean Burrage    sburrage@soonerlaw.com

Charles Robert Burton, IV     RobtBurton@aol.com, rburton@seymourlawfirm.com

Joseph Busch     jbusch@gibsondunn.com

Israel Dahan     idahan@cwt.com, allison.dipasqua@cwt.com

Ethan D Dettmer     edettmer@gibsondunn.com

Michael T Fantini     mfantini@bm.net, kchristman@bm.net

Stephen Foytlin     stephenf@blbglaw.com, roy@blbglaw.com

Marvin Lawrence Frank     mfrank@murrayfrank.com, glinkh@murrayfrank.com

Kirsten Galler     kgaller@gibsondunn.com

Michael James Gibbens     gibbensm@crowedunlevy.com, kuskea@crowedunlevy.com; ECFT@crowedunlevy.com

Sarah Jane Gillett     sgillett@hallestill.com, bkellogg@hallestill.com; swilliams@hallestill.com

Lori Ginex-Orinion     lginexorinion@gibsondunn.com

Alex Anton Goldberg     Alex.Goldberg@williams.com,

Charles Goodwin     goodwinc@crowedunlevy.com

Scott Alan Graham     sgraham@seymourlawfirm.com, jbyrne@seymourlawfirm.com

Tony Michael Graham     tgraham@grahamfreeman.com

Joe Michael Hampton     jhampton@ryanwhaley.com, jmickle@ryanwhaley.com; amcpherson@ryanwhaley.com

John Barnes Heatly     jheatly@fellerssnider.com, ereagan@fellerssnider.com; ahill@fellerssnider.com

James Rouse Hicks     jim@law-office.com, aalexander@law-office.com

Jayesh Hines-Shah     jhinesshah@gibsondunn.com

Jonathan M Hoff     jonathan.hoff@cwt.com

Stephanie A. Horton     shorton@hallestill.com

Susan E Huntsman     huntsmas@crowedunlevy.com, kuskea@crowedunlevy.com; ECFT@crowedunlevy.com

Gerald Lee Jackson     jacksong@crowedunlevy.com, bryana@crowedunlevy.com; ECFT@crowedunlevy.com

Michael Jaffe     jaffe@whafh.com

C Chad Johnson     chad@blbglaw.com, larry@blbglaw.com; dwayne@blbglaw.com

David B Kahn     Dkahn@kahnlawchicago.com, Mking@kahnlawchicago.com

James L Kincaid     kincaidj@crowedunlevy.com, bickelp@crowedunlevy.com; ECFT@crowedunlevy.com

Alexander Floyd King     kinga@crowedunlevy.com, bryana@crowedunlevy.com; ECFT@crowedunlevy.com

`Case 4:02-cv-00072-SPF-FHM   Document 1570 Filed in USDC ND/OK on 11/07/06   Page 5 of 6`

Paul V Konovalov     paul.konovalov@lw.com

Matthew A Kupillas     mkupillas@milbergweiss.com

Mark Lebovitch     MarkL@blbglaw.com

Galen Lemei   glemei@gibsondunn.com

Jill Levine   JillLevine1@yahoo.com

Graydon Dean Luthey, Jr.     dluthey@hallestill.com, tfinders@hallestill.com

Marc Ira Machiz     mmachiz@cmht.com

Lambrina Mathews     lambrina.mathews@cwt.com,

Brett M Middleton     brettm@blbglaw.com

Victor Eric Morgan     morganv@crowedunlevy.com, ECFT@crowedunlevy.com; jacksons@crowedunlevy.com

Blair Allen Nicholas   blairn@blbglaw.com,

George C. Nierlich     cnierlich@gibsondunn.com

Nora Rose O'Neill     oneilln@crowedunlevy.com, jacksons@crowedunlevy.com; ECFT@crowedunlevy.com

Behram Viraf Parekh     bparekh@yaplaw.com, service@yaplaw.com

Jill Ray     jill.ray-glennon@lw.com

Brooks Allen Richardson     brichardson@fellerssnider.com, npaulk@fellerssnider.com; ecf@fellerssnider.com

Miles N Ruthberg     miles.ruthberg@lw.com

Patrick Michael Ryan   pryan@ryanwhaley.com, jmickle@ryanwhaley.com; kshocks@ryanwhaley.com

Alan Schulman     AlanS@blbglaw.com, kayem@blbglaw.com; kristinas@blbglaw.com; takeok@blbglaw.com; denab@blbglaw.com

R Thomas Seymour     Rtseymour1@aol.com

Jared Specthrie     Jspecthrie@cs.com

<u>Stratton Taylor          carabb@soonerlaw.com</u>

William Woods Thomas     wthomas@futtermanhoward.com, cfox@futtermanhoward.com

Phillip Gardner Whaley     pwhaley@ryanwhaley.com, jmickle@ryanwhaley.com; kshocks@ryanwhaley.com

Peter Wald     peter.wald@lw.com

Jay Patrick Walters     jwalters@fellerssnider.com, npaulk@fellerssnider.com; hscott@fellerssnider.co

Jamie Lynne Wine   jamie.wine@lw.com

jturner@susmangodfrey.com

wcarmody@susmangodfrey.com

jbridges@susmangodfrey.com

edwards@dayedwards.com

and to the remaining parties on the Master Service List in this matter, as specified thereon.

                                            /s/ Graydon Dean Luthey, Jr.

677898.1:01000:01920